IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 22 C 2671 |
| FIGURE 8, INC., an Illinois corporation, | ) ) | JUDGE THOMAS M. DURKIN |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, FIGURE 8, INC., an Illinois corporation, in the total amount of $58,171.93, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,471.00.

On June 1, 2022, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Sheila Russum, Receptionist) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 22, 2022. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/   Rebecca L. Andruzzi

Rebecca L. Andruzzi
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6338666
Telephone:  (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: randruzzi@baumsigman.com

I:\MIDJ\Figure 8\motion for entry of default and judgment.rla.df.wpd

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 12th day of July 2022:

      Ms. Sara J. Leone, CPA, Registered Agent
      Figure 8, Inc.
      1000 Essington Road, #107
      Joliet, IL  60435-2841

      Mr. Al Papesh, President
      Figure 8, Inc.
      710 Gordon Place
      Joliet, IL  60435-5816

      /s/   Rebecca L. Andruzzi

Rebecca L. Andruzzi
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6338666
Telephone:  (312) 216-2550
Facsimile: (312) 236-0241
E-Mail: randruzzi@baumsigman.com

I:\MIDJ\Figure 8\motion for entry of default and judgment.rla.df.wpd